

No. 15–0387/CG.  U.S. v. Christopher S. Cooley.  CCA 1389.  On consideration of the motion to supplement the joint appendix, it is ordered that said motion is hereby granted.

No. 15–0509/AR.  U.S. v. Kevin L. Kindle.  CCA 20120954.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 13, 2015.

No. 15–0510/MC.  U.S. v. Monifa J. Sterling.  CCA 201400150.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 14, 2015.

Tuesday, April 28, 2015

